Rosa Maria Arteaga # G002327
Name and Prisoner/Booking Number

Estrella Dentention Facility
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, AZ 85009
City, State, Zip Code

FILED ☑   LODGED ☐
RECEIVED ☑   COPY ☐

AUG 2 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

**(Failure to notify the Court of your change of address may result in dismissal of this action.)**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Rosa Maria Arteaga
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Paul Penzone,
(Full Name of Defendant)

(2)_____,

(3)_____,

(4)_____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-23-1746-PHX-JJT-ASB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

### A.  JURISDICTION

1.  This Court has jurisdiction over this action pursuant to:
    ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
    ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
    ☐ Other:_____

2.  Institution/city where violation occurred: Estrella Dentention

3.  Facility Phoenix, AZ 85009

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: _Paul Penzone_    The first Defendant is employed
as: _Maricopa County Sherrif_ at _Estrella Detention Facility_
    (Position and Title)                                    (Institution)

2. Name of second Defendant:_____. The second Defendant is employed as:
as:_____at_____.
           (Position and Title)                                    (Institution)

3. Name of third Defendant:_____.    The third Defendant is employed
as:_____at_____.
           (Position and Title)                                    (Institution)

4. Name of fourth Defendant:_____.    The fourth Defendant is employed
as:_____at_____.
           (Position and Title)                                    (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?    ☐ Yes    ☒ No

2. If yes, how many lawsuits have you filed?_____. Describe the previous lawsuits:

    a. First prior lawsuit:
        1. Parties:_____v._____
        2. Court and case number:_____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

    b. Second prior lawsuit:
        1. Parties:_____v._____
        2. Court and case number:_____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

    c. Third prior lawsuit:
        1. Parties:_____v._____
        2. Court and case number:_____.
        3. Result: (Was the case dismissed? Was it appealed? Is it still pending?)_____
        _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

## D.  CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Eighth Amendment Health + Safety Negligence

2. **Count I.** Identify the issue involved. Check **only one.** State additional issues in separate counts.

   [X] Basic necessities        [ ] Mail              [ ] Access to the court      [ ] Medical care
   [ ] Disciplinary proceedings [ ] Property          [ ] Exercise of religion     [ ] Retaliation
   [ ] Excessive force by an officer [ ] Threat to safety [ ] Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   In adequate housing due to housing imates in on building condemned in 2017. Building is full of abestos + black mold. It is visuble everywhere and even smell it. It is inhumane to house young old pregnant and sick women this way. Hundreds of thousands of dollars are paid to this facility to serve slop. Health Dept. tells kitchen staff to keep rat droppings + roaches swiped up. All bathroom + showers are full of black mold the vents show black mold.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

   I have been taken tylenol for 9 months + cont. due to my headachs. I caught covd 19 back in march and was in medicals obs, B tower

5. **Administrative Remedies:**

   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                                    [X] Yes  [ ] No
   b. Did you submit a request for administrative relief on Count I?              [ ] Yes  [X] No
   c. Did you appeal your request for relief on Count I to the highest level?     [ ] Yes  [X] No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. I just get a tylenol refill for my headachs.

3

# COUNT II

1. State the constitutional or other federal civil right that was violated: _____
_____

2. **Count II.** Identify the issue involved. Check only one. State additional issues in separate counts.

    ☐ Basic necessities    ☐ Mail    ☐ Access to the court    ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property    ☐ Exercise of religion    ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5. **Administrative Remedies.**
    1. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?    ☐ Yes    ☐ No
    2. Did you submit a request for administrative relief on Count II?    ☐ Yes    ☐ No
    3. Did you appeal your request for relief on Count II to the highest level?    ☐ Yes    ☐ No
    4. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

4

## COUNT III

1.  State the constitutional or other federal civil right that was violated: _____
_____

2.  **Count III.**  Identify the issue involved.  Check **only one**.  State additional issues in separate counts.

    ☐ Basic necessities      ☐ Mail      ☐ Access to the court      ☐ Medical care
    ☐ Disciplinary proceedings    ☐ Property      ☐ Exercise of religion      ☐ Retaliation
    ☐ Excessive force by an officer    ☐ Threat to safety    ☐ Other:_____

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).

_____
_____
_____

5.  **Administrative Remedies.**
    1.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?      ☐ Yes    ☐ No
    2.  Did you submit a request for administrative relief on Count III?      ☐ Yes    ☐ No
    3.  Did you appeal your request for relief on Count III to the highest level?      ☐ Yes    ☐ No
    4.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____
_____

**If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.**

5

## E.   REQUEST FOR RELIEF

State the relief you are seeking:

Relief sought due to injures as a result of being housed at a detention facility that violated 8th Amendment negligence

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _August 16, 2023_
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
## INMATE LEGAL SERVICES

# <u>CERTIFICATION</u>

I hereby certify that on this date _____ **August 17, 2023** _____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

\_\_\_\_  Hon _____  United States District Court, District of Arizona.

\_\_\_\_  Hon _____  United States District Court, District of Arizona.

\_\_\_\_  Attorney General, State of Arizona, _____

\_\_\_\_  Judge _____  Superior Court, Maricopa County, State of Arizona.

\_\_\_\_  County Attorney, Maricopa County, State of Arizona _____

\_\_\_\_  Public Defender, Maricopa County, State of Arizona _____

\_\_\_\_  Attorney _____

\_\_\_\_  Other _____

\_\_\_\_  _____

\_\_\_\_  _____

_____     **B5955**
Legal Support Specialist Signature                        S/N

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009